### Ex parte LUTHER LEE.

No. A-4550.   Opinion Filed Feb. 3, 1923.
(212 Pac. 143.)

Habeas corpus by Luther Lee to be let to bail.   Dismissed.

C. F. Gowdy, for petitioner.

PER CURIAM. This is an application for supersedeas in the case of Luther Lee v. State, the same being an appeal from the judgment of the district court of Nowata county, 22 Okla. Cr. 452, 212 Pac. 142, wherein the judgment was reversed by an opinion of this court during the present term.

The cause is therefore dismissed.